IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR106 |
| | ) | |
| v. | ) | |
| | ) | |
| YOUNA SINGH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Leave is granted for the United States to dismiss, without prejudice, the indictment as to defendant Youna Singh.

2) The indictment is dismissed, without prejudice, as it pertains to the defendant, Youna Singh.

DATED this 13th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court